No. 11–9050. MOFFAT v. MICHIGAN DEPARTMENT OF CORRECTIONS ET AL. C. A. 6th Cir. Certiorari denied.

No. 11–9051. PEARSON v. LOUISIANA. C. A. 5th Cir. Certiorari denied.

No. 11–9058. GILKESON v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 11–9059. HORTON v. DICKINSON, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 11–9061. CATHELL v. FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 11–9062. CHAN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 11–9070. HANNAH v. NEW JERSEY STATE POLICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9123. GUPTA v. HOLDER, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 11–9162. SARTORI v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Haywood County, N. C. Certiorari denied.

No. 11–9170. GRESHAM v. MARTEL, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9209. FRANQUI v. FLORIDA. C. A. 11th Cir. Certiorari denied. 

No. 11–9223. HOFFMAN v. TANNER, SHERIFF, BEAUFORT COUNTY, SOUTH CAROLINA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 11–9226. VAN GOFFNEY v. TEXAS. Ct. App. Tex., 9th Dist. Certiorari denied.

No. 11–9255. ARMSTEAD v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 11–9287. KARAGIANES v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied.